UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONVERSE JENKINS, III,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 12-12161

Hon. John Corbett O'Meara

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's May 2, 2013 report and recommendation. Plaintiff filed objections to the report and recommendation on May 16, 2013. On May 30, 2013 Defendant filed a response to Plaintiff's objections.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Majzoub reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: May 31, 2013

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 31, 2013, using the ECF system.

                s/William Barkholz
                Case Manager